Vanessa W. Vallarta, City Attorney, SBN 142404
Susan J. Matcham, Asst. City Attorney, SBN 79562
Georgina B. Mendoza, Dep. City Attorney, SBN 230940
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA  93901
Telephone:  (831) 758-7256
Facsimile:   (831) 758-7257

**E-Filed 10/28/2009**

Attorneys for Defendant
CITY OF SALINAS

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF SALINAS, TWENTY UNKNOWN CITY OFFICERS AND OTHER EMPLOYEES,<br><br>             Defendants. | Case No. C09-02454-JF<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY DATES SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

Stipulation to Modify the Dates Setting Initial Case Management Conference and ADR Deadlines as proposed by the Parties is GRANTED pursuant to Federal Civil Rule 16(b), as follows:

1. ADR Deadline continued from September 29, 2009 to January 29, 2010;

2. Rule 26(f) Report Deadline continued from October 13, 2009 to February 15, 2010;

3. Initial Case Management Conference continued from November 6, 2009 to February 19, 2010.

[Proposed] Order Granting Stipulation to Modify Dates

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Signed this __28th__ day of October 2009.

4

5

6  _____
   United States District Judge

[Proposed] Order Granting Stipulation to Modify Dates