Vanessa W. Vallarta, City Attorney, SBN 142404
Georgina B. Mendoza, Dep. City Attorney, SBN 230940
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA  93901
Telephone:  (831) 758-7256
Facsimile:   (831) 758-7257

Attorneys for Defendant
CITY OF SALINAS

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF SALINAS, Sergeant MARK LAZZARINI; Officer STEPHEN CRAIG; Officer CHRIS BALAORO; Officer DANNY WARNER; Officer KEN SCHWENER; Officer CUPAK,<br><br>                    Defendants. | Case No. C09-02454-JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES CHANGING TIME TO FILE RESPONSIVE PAPERS PURSUANT TO LOCAL RULE 6-2** |

   Stipulation of the parties changing time to file responsive papers as proposed by the Parties is GRANTED pursuant to Federal Local 6-2, as follows:

   1.   Defendant shall file their responsive papers to the First Amended Complaint by no later than August 31, 2010;

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed this  30th  day of  June  2010.

_____
United States District Judge

1

[Proposed] Order Granting Stipulation