KATE WELLS (SBN 107051)
2600 Fresno Street
Santa Cruz, CA  95062
Telephone:     (831) 479-4475
Email:         lioness@got.net

Aaron Lodge (SBN 220670)
1414 Soquel Avenue, Suite 222
Santa Cruz, California  95062
Telephone:     (831) 426-3030
Email:         ALodge@teachjustice.com

Attorneys for plaintiff,
CARLOS RODRIGUEZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF SALINAS, Sergeant MARK LAZZARINI; Officer STEPHEN CRAIG; Officer CHRIS BALAORO; Officer DANNY WARNER; Officer KEN SCHWENER; Officer CUPAK,<br><br>            Defendants. | CASE NO.  C09-02454-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE COURT HEARING TO JANUARY 13, 2011 AT 1:30.** |

    Stipulation of the parties to continue the hearing for Defendant's 12(b)(6) motion and simultaneous CMC to January 13, 2011 at 1:30 pm is GRANTED.

    PURSUANT TO STIPULATION, IT IS SO ORDERED. Signed this  19th  day of  October  2010.

_____
LUCY H. KOH
United States District Judge