**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ, </br></br>     Plaintiff, </br></br> v. </br></br> CITY OF SALINAS; Sergeant MARK LAZZARINI; Officer STEPHEN CRAIG; Officer CHRIS BALAORO; Officer DANNY WARNER; Officer KEN SCHWENER; Officer CUPAK, </br></br>     Defendants. | Case No.: 09-CV-02454-LHK </br></br> ORDER REGARDING CASE MANAGEMENT CONFERENCE |

This case is set for a Case Management Conference on June 8, 2011 at 2 p.m. However, the parties have not filed a Joint Case Management Statement, as required by Civil Local Rule 16-10(d). The docket in this case indicates that the parties reached a partial settlement at an Early Neutral Evaluation session held on April 26, 2011. If the parties have now fully settled, they must file a stipulation of dismissal by Tuesday, June 7, 2011, at 4 p.m. If the parties have reached a settlement but cannot immediately file a stipulation of dismissal, they may instead file a request to continue the Case Management Conference and indicate when a stipulation of dismissal will be filed. Otherwise, the parties must file a Joint Case Management Statement by Tuesday, June 7, 2011 at 4 p.m.

**IT IS SO ORDERED.**

Dated: June 3, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02454-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE