1 | Vanessa W. Vallarta, City Attorney #142404
2 | Georgina B. Mendoza, Sr. Deputy City Attorney #230940
  | CITY OF SALINAS
  | OFFICE OF THE CITY ATTORNEY
3 | 200 Lincoln Avenue
  | Salinas, CA 93901
4 | Telephone: (831) 758-7256
  | Facsimile: (831) 758-7257
5 |
  | Vincent P. Hurley #111215
6 | Amanda Cohen #243946
  | LAW OFFICES OF VINCENT P. HURLEY
7 | A Professional Corporation
  | 38 Seascape Village
8 | Aptos, California 95003
  | Telephone: (831) 661-4800
9 | Facsimile: (831) 661-4804

10 | Attorneys for Defendants
   | CITY OF SALINAS; SERGEANT MARK LAZZARINI; OFFICER. STEPHEN CRAIG.
11 | OFFICER CHRIS BALAORO; OFFICER DANNY WARNER;
   | OFFICER KEN SCHWENER; and OFFICER CUPAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS RODRIGUEZ, ) Case No. C09-02454 LHK
)
           Plaintiff, ) STIPULATION OF DISMISSAL WITH
) PREJUDICE OF DEFENDANTS
    vs. ) OFFICER STEPHEN CRAIG, OFFICER
) CHRIS BALAORO and OFFICER
) DANNY WARNER; ORDER
CITY OF SALINAS; Sergeant MARK )
LAZZARINI; Officer STEPHEN ) (Fed. R. Civ. P. 41(a)(1)(A)(ii))
CRAIG; Officer CHRIS BALAORO; )
Officer DANNY WARNER; Officer )
KEN SCHWENER; and Officer CUPAK )
)
           Defendants. )
)

Attorneys for the parties, having met and conferred, STIPULATE AS FOLLOWS:

Plaintiff CARLOS RODRIGUEZ, by this stipulation, dismisses Defendants Officer STEPHEN CRAIG, Officer DANNY WARNER, and Officer CHRIS BALAORO from this action with prejudice, but without any consideration or monetary sum.

1

1     The Parties hereby further stipulate and agree that, as Plaintiff dismisses Officer Stephen
2 Craig, Officer Danny Warner, and Officer Chris Balaoro with prejudice, none of the remaining
3 Defendants will argue at any point, including at the trial of this case, that the dismissed officers
4 were responsible for the acts that form the basis of Plaintiff's allegations of wrongdoing in the
5 First Amended Complaint.

6     The Parties intend to act in reliance on this stipulation.  Specifically, Plaintiff intends to
7 rely on this stipulation in dismissing Defendants Craig, Warner, and Balaoro from this action
8 based on Plaintiff's understanding that this stipulation will preclude the remaining Defendants
9 from trying to argue that the dismissed Defendants are responsible, also known as the "empty
10 chair" defense.

11     As between Plaintiff and the dismissed parties, each party is to bear his own attorneys
12 fees and costs.

13 IT IS SO STIPULATED.

14 Dated:  June _17, 2011

17 By: _____/s/_____
    KATE WELLS
18 Attorney for Plaintiff CARLOS RODRIGUEZ

19 Dated:  June _17, 2011

20 LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation

23 By: _____/s/_____
    AMANDA COHEN
24 Attorneys for Defendants CITY OF SALINAS;
SERGEANT MARK LAZZARINI; OFFICER.
25 STEPHEN CRAIG. OFFICER CHRIS BALAORO;
OFFICER DANNY WARNER; OFFICER KEN
26 SCHWENER; and OFFICER CUPAK

**ORDER BY STIPULATION**

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant Officers Craig, Warner and Balaoro are dismissed with prejudice, each side to bear their own fees and costs.

Dated: June 23, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
U.S. DISTRICT COURT JUDGE