UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF SALINAS; Sergeant MARK LAZZARINI; Officer KEN SCHWENER; and Officer CUPAK,<br><br>    Defendants. | Case No.: 9-CV-02454-LHK<br><br>ORDER REQUESTING STATUS UPDATE RE: SETTLEMENT |

On December 28, 2011, the above captioned matter settled in a Settlement Conference with Magistrate Judge Paul S. Grewal. ECF No. 70. By 5:00 p.m. PST, on January 5, 2012, the parties shall file a joint status report informing the Court when the parties will: (1) file their notice of the City of Salinas's approval of the settlement agreement; (2) file their stipulation of dismissal as to the individual officer defendants; and (3) file their stipulation of dismissal as to the City of Salinas. The parties' joint status report shall set forth any other conditions upon which the settlement depends. For now, the Pretrial Conference and trial dates remain as set.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 9-CV-02454-LHK
ORDER REQUESTING STATUS UPDATE RE: SETTLEMENT