UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ, | Case No.: 9-CV-02454-LHK |
| Plaintiff, | AMENDED ORDER RE: SETTLEMENT |
| v. | |
| CITY OF SALINAS; Sergeant MARK LAZZARINI; Officer KEN SCHWENER; and Officer CUPAK, | |
| Defendants. | |

The Court will vacate the final pretrial conference, set for January 18, 2012, and the trial, set for February 6, 2012, after the City Council approves the settlement agreement, and Plaintiff has dismissed the individual officers. The parties shall file their stipulation of dismissal of the entire case by February 1, 2012.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge