UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF SALINAS; Sergeant MARK ) <br> LAZZARINI; Officer KEN SCHWENER; and ) <br> Officer CUPAK, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 9-CV-02454-LHK <br><br> AMENDED ORDER RE: SETTLEMENT |

The Court will vacate the final pretrial conference, set for January 18, 2012, and the trial, set for February 6, 2012, after the City Council approves the settlement agreement, and Plaintiff has dismissed the individual officers. The parties shall file their stipulation of dismissal of the entire case by February 1, 2012.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 9-CV-02454-LHK
ORDER RE: SETTLEMENT